cc: Docket, order, transmittal letter
to LASC NC059669

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; AMERICAN PACIFIC FORWARDERS, INC; AFS TRUCKING, INC.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO.: 2:14-cv-08856-RSWL-MRW<br><br>**ORDER TO THE STIPULATION TO REMAND REMOVED ACTION**<br><br>Judge: Hon. Ronald S.W. Lew<br><br>Complaint Filed: September 4, 2014 |

**ORDER**

On December ___, 2014, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. United States Court for the Central District of California - Western Division case number 2:14-cv-08856-RSWL-MRW styled *AGCS MARINE INSURANCE COMPANY v.*

1

1 | *EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.* is hereby remanded to Los
2 | Angeles County Superior Court; and
3 |     3.    After remanding this action, the Clerk of Court is directed to close this case.
4 | **IT IS SO ORDERED**.

Dated: 12/22/2014

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE